Case 10-01421  Doc 14  Filed 09/21/10  Entered 09/22/10 14:28:17  Desc Main
Document      Page 1 of 2

10-01421:10.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 9/13/2010 4:50:02 PM by:Chad Hayward Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10-22434 |
| | ) | |
| Robert O. Thomas, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | JUDGE: Jack B. Schmetterer |
| | ) | |
| Robert O. Thomas | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV. NO.   10-01421 |
| v. | ) | |
| | ) | JUDGE: Jack B. Schmetterer |
| Bank of America | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon review of the record, including the Plaintiff's Complaint, Summons, and Motion for Default and Default Judgment along with all attached exhibits and affidavits, the Court makes the following findings of fact and conclusions of law:

1.) Plaintiff is the owner of real estate, his principal place of residence, located at 20030 Mohawk Trail, Olympia Fields, IL 60461.

2.) Onewest Bank holds a first mortgage lien on the Subject Real Estate secured claim in the amount of $338,368.00.

3.) Based on Plaintiff's information and understanding, Defendant, Bank of America holds a second mortgage on Plaintiff's property located 20030 Mohawk Trail, Olympia Fields, IL 60461 in the amount of $98,000.00.

4.) Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. §157, 28 U.S.C. § 1334; this proceeding is a core matter.

5.) On July, 06, 2010, Plaintiff filed a complaint seeking to obtain judgment against Defendant, to determine the value of security and release of Bank of America's underlying lien on Plaintiff's real property.

6.) On May 10, 2010 a summons was issued by the Clerk of the Bankruptcy Court that required Defendant to answer or otherwise plead on or before August 10, 2010.

Case 10-01421    Doc 14    Filed 09/21/10    Entered 09/22/10 14:28:17    Desc Main
Document    Page 2 of 2

10-01421:10.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 9/13/2010 4:50:02 PM by:Chad Hayward Page 2 of 2

7.) On August, 12, 2010 a summons was served on Brian Thomas Moynihan, President and CEO of Bank of America Corporation, or any officer willing to accept service on behalf of Bank of America.

8.) The initial summons failed as proper service because it was not served via U.S. certified mail.

9.) On August 9, 2010, the clerk of the Bankruptcy Court for the Northern District of Illinois issued an alias summons commanding the Defendant to plead or otherwise respond by September 13, 2010.

10.) On August 12, 2010, a true copy of the alias summons and complaint was served via United States Certified Mail on Brian Thomas Moynihan, President and CEO of Bank of America, or any officer willing to accept service on behalf of Bank of America.

11.) Defendant has failed to plead, defend, or otherwise participate in the pending action.

12.) Plaintiff obtained a property estimate for the subject real estate from zillow.com, which estimated the value of the property at $256,500.00. The estimate was performed on July, 06, 2010.

13.) The Secured Claim of Onewest Bank's first mortgage lien of $338,368.00 exceeds the value of the subject property leaving nothing for Defendant's second mortgage lien to attach.

14.) Pursuant to 11 U.S.C. § 506 (a)(1) Defendant's second mortgage lien should be valued at $0.00.

_____
Judge Jack B. Schmetterer

Prepared By:
Chad M. Hayward
Atty. No. 6280182
343 W. Erie, Suite 230
Chicago, IL 60654
312.867.3640